1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MELVIN DUKES,
11          Plaintiff,                    No. CIV S-09-2208 DAD P
12  vs.
13  J. SELBIL, et al.,
14          Defendants.                   ORDER
15  _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983[1]. Plaintiff has not submitted an application to proceed in forma pauperis.
18          The federal venue statute requires that a civil action, other than one based on
19  diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
20  defendants reside in the same State, (2) a judicial district in which a substantial part of the events
21  or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
22  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
23  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

---

[1] Plaintiff has used the form for a petition for a writ of habeas corpus in his initial pleading filed with the court. However, he does not challenge his underlying conviction therein and the court has construed the filing as a civil rights complaint.

1    In this case, none of the defendants reside in this district. The claim arose in
2 Monterey County, which is located in the Northern District of California. Therefore, plaintiff's
3 claim should have been filed in the United States District Court for the Northern District of
4 California. In the interest of justice, a federal court may transfer a complaint filed in the wrong
5 district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932
6 (D.C. Cir. 1974).

7    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
8 United States District Court for the Northern District of California.

9 DATED: September 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
duke2208.21